UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

December 6, 2018

To: **Thomas Song, Esq.**

In re: **Carol M. Rosado**
Bankruptcy No. **18-15795AMC**
Adversary No.
Chapter **13**

Re **Motion for Relief (docket #22)**

The above document(s) were filed in this office on **12/5/18.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|   |   |
|---|---|
| ( ) | Voluntary Petition |
| ( ) | Adversary Proceeding |
| ( ) | $31.00 Filing Fee for Amendments |
| ( ) | $25.00 Claims Transfer Fee |
| (**x**) | Motion Filing Fee $181.00 |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk


By:**Randi Janoff**
Deputy Clerk

*Fee Notice*
*(11/26/18)*