## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CAROL M. ROSADO                                    :        CHAPTER 13
A/K/A CAROL ROSADO                                 :
                            Debtor                 :        BK. No. 18-15795 AMC

### ORDER

AND NOW, this          day of              , 2019, it is hereby **ORDERED** that the corresponding Stipulation is

hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to

Movant, its successors or assignees.

                                                   **ASHELY M. CHAN,**
                                                   **Bankruptcy Judge**

WILLIAM C MILLER, ESQUIRE (TRUSTEE)                CAROL ROSADO
1234 Market Street, Suite 1813                     430 ANN STREET
Philadelphia, PA 19107                             PHOENIXVILLE, PA 19460

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107