IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
CAROL M. ROSADO                           :    CHAPTER 13
A/K/A CAROL ROSADO                        :
               Debtor        :    BK. No. 18-15795 AMC

## ORDER

AND NOW, this _____ day of _____, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: March 25, 2019**

_____
ASHELY M. CHAN,
Bankruptcy Judge

WILLIAM C MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

CAROL ROSADO
430 ANN STREET
PHOENIXVILLE, PA 19460